**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WESLEY JEFFERSON** **PETITIONER**
**ADC #104933**

**VS.** **NO. 4:26-CV-00663-JM-ERE**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction** **RESPONDENT**

**ORDER**

The Court has received the Recommended Disposition ("RD") submitted by United States Magistrate Judge Edie R, Ervin. Petitioner filed an Addendum to his petition for writ of habeas corpus (Doc. No. 9) that does not address the recommendations in the RD. After conducting a *de novo* review of the record, the Court adopts the RD in all respects. The petition is DISMISSED without prejudice, and a certificate of appealability will not issue. Judgment will be entered accordingly.

IT IS SO ORDERED this 26th day of August, 2026.

______________________________
UNITED STATES DISTRICT JUDGE