**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WESLEY JEFFERSON** **PETITIONER**
**ADC #104933**

**VS.** **NO. 4:26-CV-00663-JM-ERE**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction** **RESPONDENT**

**JUDGMENT**

Consistent with today's Order, Petitioner's § 2254 petition is dismissed without prejudice, all habeas relief is denied, and this case is closed.

IT IS SO ORDERED this 26th day of August, 2026.

UNITED STATES DISTRICT JUDGE